
## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STEEL, PAPER AND FORESTRY, RUBBER, MANUFACTURING, ENERGY, ALLIED INDUSTRIAL AND SERVICE WORKERS INTERNATIONAL UNION AFL-CIO-CLC, PENNSYLVANIA HEAVY & HIGHWAY CONTRACTORS WELFARE FUND, PENNSYLVANIA HEAVY & HIGHWAY CONTRACTORS PENSION FUND, PENNSYLVANIA HEAVY & HIGHWAY CONTRACTORS APPRENTICESHIP FUND, MARK A. CUMMINGS, TRUSTEE, <br><br>  Plaintiffs, <br><br> v. <br><br> WHISTLER CONSTRUCTION COMPANY, <br><br>  Defendant. | CASE NO. 05-1710 |

FILED
HARRISBURG
MAR 29 2006
MARY E. D'ANDREA, CLERK
Per _____
   Deputy Clerk

### ORDER OF COURT

AND NOW, this **29** day of **March**, 2006, upon review of the Notice of Dismissal Pursuant to Federal Rule of Civil Procedure 41(a)(1), filed by the parties, the instant matter, including all counterclaims (if any), is DISMISSED.

_____ J.